# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON

CHAMBERS OF
**ROBERT J. STAKER**
SENIOR UNITED STATES DISTRICT JUDGE

August 9, 2004

POST OFFICE BOX 1570
HUNTINGTON, WV 25716

Ms. Mary M. Lisi, Chair,
Judicial Conference of the United States,
Committee on Financial Disclosure,
One Columbus Circle, N.E.,
Washington, D.C. 20544

Dear Ms. Lisi:

Thank you for your letter of July 12, 2004, wherein you pointed out that I failed properly to complete the following identified two particulars of my report, dated May 8, 2004, and that I was required to amend it to cause it to satisfy the prescribed statutory requirements relating thereto.

I have examined the copy of that report which I retained for my files and am embarrassed to acknowledge that you are absolutely correct as to both of those particulars.

I accordingly hereby amend that report by striking the answer I gave in Block 6, Reporting Period, therein and substituting in lieu of that answer "January 1, 2003 through December 1, 2003".

And I also hereby amend the same by inserting in Part VII, page 1, lines 7 and 8, Column D(3), which I improperly left blank in my report dated, May 8, 2003, the letter "K".

In the last paragraph of your July 12, 2004 letter, you state, in part:

> "In responding to this latter, please note the security issues discussed
> in front of the filing instructions. You may respond by letter providing
> the required information or by submitting an amended report, whichever
> is more convenient. ..."

I have noted those security issues and am unaware of any required information that I failed to supply in the May 8, 2004 report that I submitted. If I am in error in thus concluding, I shall be pleased to properly amend my report if you will inform me of any further specific information that is required.

I trust the foregoing method of amending my report will satisfy the procrustean requirements of the statutes applicable in the premises. If not, then I would appreciate your

providing me with a form of the report on which I may resubmit a properly amended report.

I apologize to you and your Committee for my ineptness.

Sincerely,



Robert J. Staker

Senior United States District Judge

P. S.  I enclose  quadruplicate copies hereof.

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) STAKER, Robert J, | 2. Court or Organization U.S. District Court Southern District of WVa | 3. Date of Report 5-8-04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type) __ Nomination, Date _____ __ Initial  X  Annual  __ Final | 6. Reporting Period |
| 7. Chambers or Office Address P.O. BOX 1570 HUNTINGTON, WV 25716 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| X NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
STAKER, ROBERT J.

Date of Report
5-8-04

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☒ NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| STAKER, ROBERT J. | 5-8-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 BANK ONE CHECKING ACCT. | A | INT. | L | T | | | | | |
| 2 BANK ONE CHECKING ACC'T | A | INT. | K | T | | | | | |
| 3 BANK ONE SAVINGS ACCT | B | INT. | K | T | | | | | |
| 4 HUNTINGTON BANKS BANK SHARES | A | DIV. | J | T | | | | | |
| 5 BANK ONE CD | C | INT. | L | T | | | | | |
| 6 BANK ONE CD | B | INT. | K | T | | | | | |
| 7 BANK ONE SECURITIES CORP | A | DIV. | K | T | BUY | 4/21 | | | |
| 8 BANK ONE SECURITIES CORP | A | DIV. | K | T | BUY | 4/21 | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date  5-8- 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544